IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **FLORA PEREZ PEDRAZA,** § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | **CAUSE NO. EP-26-CV-221-KC** |
| § | |
| **MARY DE ANDA-YBARRA et al.,** § | |
| § | |
| Respondents. § | |

## ORDER

On this day, the Court considered the case. On February 6, 2026, the Court granted in part Flora Perez Pedraza's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide her with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, her continued detention; or (2) release her from custody, under reasonable conditions of supervision. Feb. 6, 2026, Order 2, ECF No. 4. Respondents were required to do so by February 13. *Id.*

Respondents have now informed the Court that a bond hearing was held before an Immigration Judge ("IJ") on February 12, 2026. Notice ¶ 2, ECF No. 8. However, at that bond hearing the IJ denied bond "because [he] found he did not have jurisdiction over the matter." *Id.*; *see id.* Ex. A ("IJ Order"), ECF No. 8-1. According to Respondents' counsel, they subsequently "contacted the Office of the Principal Legal Advisor (OPLA) for Immigration and Customs Enforcement for its position on the matter" and "OPLA recommended to enforcement operations that Petitioner should be released." Notice ¶ 2. However, as of February 13 at "4:00pm CST, the Petitioner is still detained." *Id.*

Accordingly, the Court **ORDERS** that Respondents shall **FILE** notice stating whether Perez Pedraza has been released **by no later than February 18, 2026**.

The Court is cognizant of the potential confusion engendered by the intervening Fifth Circuit decision in *Buenrostro-Mendez*. But going forward, Respondents are **CAUTIONED** that informing the Court that release has been recommended to Respondents by counsel or promised by Respondents is insufficient to comply with an order requiring release and notice of release by a date certain.

**SO ORDERED**.

**SIGNED this 17th day of February, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE